
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 19 2008

CLERK, U.S. DISTRICT COURT
By: _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PATSY KEIFER<br>   Complainant,<br><br>v.<br><br>JOHNSON COUNTY SHERIFF'S DEPARTMENT JOHNSON COUNTY TEXAS, AMANDA SIMPSON a/k/a AMANDA GREEN, LORAINE STONEMAN, and ESTELLE YARNOLD<br>   Defendants | § § § § § § § § § § § | CIVIL ACTION NO. 4-07CV-642-A |

## ~~ORDER DISMISSING ALL DEFENDANTS WITH PREJUDICE~~ Final Judgment

On this **19** day of **March**, 2008, the Stipulated Dismissal of All Defendants with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), came to be considered by this Court.

Having considered same, the Court HEREBY ORDERS:

1. The Stipulated Dismissal of All Defendants is APPROVED.

2. This action is dismissed with prejudice.

3. The parties shall bear their own costs and attorney's fees.

SIGNED this **19** day of **March**, 2008.

_____
UNITED STATES DISTRICT JUDGE